IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GARY LEWIS BROWN,**
**ADC #115152**                                                                                           **PETITIONER**

v.                                    Case No. 4:22-cv-00524-KGB

**DEXTER PAYNE**                                                                                     **RESPONDENT**

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Edie Ervin (Dkt. No. 19). Petitioner Gary Lewis Brown has filed objections to Judge Ervin's Recommended Disposition (Dkt. Nos. 20; 21). Mr. Brown also filed additional documents with the Court (Dkt. Nos. 22; 23). After careful review of the Recommended Disposition and Mr. Brown's objections, and a *de novo* review of the record including all of his filings, the Court adopts the Recommended Disposition as its findings of fact and conclusions of law (Dkt. No. 19).

The Court writes to address the objections. Mr. Brown is currently serving a 35-year sentence in the Arkansas Division of Correction (Dkt. No. 1, at 3). Mr. Brown's petition asserts that the Arkansas Supreme Court erred in denying his petition to reinvest jurisdiction in the trial court for consideration of *coram nobis* relief due to an alleged violation under *Brady v. Maryland*, 373 U.S. 83 (1963), because the video presented at trial was allegedly different from the one produced in discovery in that it was altered to make inaudible "derogatory comments by law enforcement." (Dkt. No. 1, at 4-5). As best the Court can determine, Mr. Brown's objections raise issues regarding his constitutionally guaranteed right to counsel, as well as due process and equal protection claims (Dkt. No. 20, at 1). The only claim raised by Mr. Brown in his objections that is also raised in his petition is the equal protection claim (Dkt. Nos. 1, at 4–5; 20, at 1). The Recommended Disposition concludes that Mr. Brown's equal protection claim is procedurally

defaulted (Dkt. No. 19, at 4-7). Based on this Court's review, the objections do not address the procedural default issue (Dkt. No. 20, at 1). After careful review of the Recommended Disposition, Mr. Brown's objections, and a *de* novo review of the record, the Court finds that Mr. Brown's objections break no new ground and fail to rebut the Recommended Disposition. The Court adopts the Recommended Disposition.

It is so ordered this 27th day of May, 2025.

_____
Kristine G. Baker
Chief United States District Judge